■ Salim M. Abdush-Shahid, Appellant, v City of New York, et al., Respondents, et al., Defendants. [45 NYS3d 798]— Order, Supreme Court, New York County (Margaret A. Chan, J.), entered June 18, 2014, which, at the close of plaintiff's case, granted defendants' motion for a directed verdict dismissing the complaint, unanimously affirmed, without costs.

The court properly granted defendants' motion for a directed verdict. The record shows that during plaintiff's direct case, he failed to present any evidence that it was reasonably foreseeable that he would be attacked by fellow inmates, or that defendants had inadequate security procedures in place (*see Harris v City of New York*, 28 AD3d 223 [1st Dept 2006], *lv denied* 7 NY3d 704 [2006]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Sweeny, J.P., Acosta, Moskowitz, Kapnick and Kahn, JJ.

Motion to supplement brief denied.